5:19-CV-174
Bailey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| **HERC SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 19-_____** |
| | ) | (Removal from Circuit Court of Wetzel |
| **COLUMBIA GAS TRANSMISSION, LLC,** | ) | County, Civil Action No. 19-C-12) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1334(b), 1452, 1332, 1367, 1441(b) and 1446, and Federal Rule of Bankruptcy Procedure 9027, the Defendant, Columbia Gas Transmission, LLC, by counsel, gives notice of removal of the above-captioned action from the Circuit Court of Wetzel County, West Virginia, to the United States Bankruptcy Court for the Northern District of West Virginia.  In support thereof, the Defendant states as follows:

### I. NATURE OF REMOVED ACTION

1.      On or about February 22, 2019, Plaintiff filed a Complaint in the Circuit Court of Wetzel County, West Virginia, Civil Action No. 19-C-12, naming Columbia Gas Transmission, LLC as Defendant.

8386016

2.      In accordance with 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of the docket sheet and a copy of all process, pleadings, and orders served upon the Defendants in the state court action are attached hereto as **Exhibit A**.

## II. TIMELINESS OF REMOVAL

3.      This civil action was filed on February 22, 2019.  Plaintiff has not yet served the Complaint on Defendant.  Accordingly, the 30-day removal period contemplated by 28 U.S.C. § 1446(b) and Federal Rule of Bankruptcy Procedure 9027(a)(3) has not yet begun to run.  *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354–56 (1999) (30-day removal period begins upon service of summons and complaint).

## III. PROPRIETY OF VENUE

4.      Venue is proper in this district and division under 28 U.S.C. §§ 1441(a) and 1452(a), because the state court where the suit has been pending is located in this district and this division.

## IV. BASIS OF REMOVAL

5.      Removal in this case is proper pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending," as well as 28 U.S.C. § 1452, which provides that "[a] party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit . . . to the district court for the district where such civil action is pending . . . ."

6.      In this case, federal jurisdiction is founded upon bankruptcy court jurisdiction, pursuant to 28 U.S.C. § 1334(b), because this civil action arises in and/or is related to a pending case filed under Title 11, *In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered).

7.      In addition, federal jurisdiction in this case is founded upon diversity of citizenship, pursuant to 28 U.S.C. § 1332(a), as this civil action is a matter between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**A.  Bankruptcy Court Jurisdiction**

8.      Welded Construction, L.P. (the "Debtor"), filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 22, 2018.  *See In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered) (the "Bankruptcy Case").

9.      This civil action seeks to enforce a mechanic's lien against Defendant arising from unpaid obligations of the Debtor to Plaintiff.  Furthermore, upon information and belief, Plaintiff's mechanic's lien may attach to property of the Debtor's bankruptcy estate, including fixtures, appurtenances, and personal property of the Debtor situate in Wetzel County.

10.      Plaintiff has filed a proof of claim in the Bankruptcy Case for the obligation of the Debtor underpinning the mechanic's lien asserted against Defendant.  *See* Claim No. 532. Determination of the amount of Plaintiff's claim against the Debtor—and the amount of the claim that will be allowed and paid from the Debtor's estate—is necessary to determine what amount, if any, Plaintiff can seek to recover from Defendant through enforcement of its purported mechanic's lien.

11.    Pursuant to 28 U.S.C. §1334(b), the civil action "arises in" the Debtor's Bankruptcy Case and is, thus, a "core proceeding." *See In re Mid-Atlantic Resources Corp.*, 283 B.R. 176, 186–89 (S.D. W. Va. 2002) (upholding the bankruptcy court's decision denying a motion to remand in a removed case involving a mechanic's lien asserted against non-debtor entities arising from obligations of the debtor and finding that the action was a core proceeding).

12.    The Bankruptcy Court has jurisdiction to hear and decide disputes arising in or related to the Bankruptcy Case.  Thus, the civil action may be removed to United States District Court for the Northern District of West Virginia (the "District Court") under 28 U.S.C. §1452(a).

13.    Pursuant to 28 U.S.C. §157 and the Amended Standing Order of Reference entered in the District Court miscellaneous proceeding no. 5:13-MC-12 on April 2, 2013, the District Court has referred all matters arising in or related to a case under Title 11 to the bankruptcy judges for the District Court. This includes this civil action.

14.    This civil action is a "core proceeding" that arises in the Bankruptcy Case within the meaning of 28 U.S.C. §§ 157(b) and 1334(b) and, to the extent that this Court finds that this civil action is not a "core proceeding," the civil action is at least a "non-core proceeding" that invokes the "related to" jurisdiction of the bankruptcy courts pursuant to 28 U.S.C. §§ 157, 1334, and 1452.

15.    Defendant consents to entry of final orders or judgment by the bankruptcy courts.

**B.  Diversity of Citizenship**

16.    As stated in the Complaint, Plaintiff is a Pennsylvania corporation, with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106.

17.    A limited liability company is a citizen of the state or states of which its members are citizens.  *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 120 (4th Cir. 2004).

Furthermore, where the member of a limited liability company is itself a limited liability company, the members of that entity must be considered as well. *Boggs v. Fola Coal Co., LLC*, Case No. 2:10-cv-0608, 2010 U.S. Dist. LEXIS 93288, at *5 (S.D. W. Va. Sept. 7, 2010).

18. According to records maintained by the Pennsylvania Secretary of State, HERC Services, LLC is owned by Sargent Group, LLC, which is also a Pennsylvania limited liability company. *See* https://www.corporations.pa.gov/Search/CorpSearch, last accessed 4/9/2019.

19. Upon information and belief, the members of Sargent Group, LLC are not citizens of West Virginia, Delaware, or Texas for purposes of diversity jurisdiction.

20. Defendant is a limited liability company, organized and existing under the laws of the State of Delaware, and having a place of business at 700 Louisiana Street, Suite 700, Houston, TX 77002.

21. The sole member of Columbia Gas Transmission, LLC is Columbia Pipeline Group Operating Company LP ("OpCo"), a Delaware limited partnership, with its principal place of business in Texas. OpCo has one general partner and three limited partners. All of OpCo's limited partners, its general partner, and all entities related to OpCo's general partner and limited partners are citizens of Delaware and Texas for purposes of diversity jurisdiction.

22. Therefore, Columbia Gas Transmission, LLC is not a Pennsylvania or West Virginia citizen for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

23. Based upon the foregoing, there is complete diversity of citizenship between Plaintiff and Defendant.

**C. Amount in Controversy**

24. The matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

25.     Specifically, according to the Complaint, Plaintiff is seeking to enforce a statutory mechanic's lien pursuant to W. Va. Code § 38-2-2 in the amount of $143,990.30.  *See Compl.* ¶ 7.

26.     Inasmuch as the value of the statutory mechanic's lien exceeds $75,000.00, the amount in controversy requirement is satisfied.

## V. OTHER REMOVAL ISSUES

27.     Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of all process, pleadings, and orders served upon the Defendant is attached hereto as "Exhibit A" along with a copy of the docket sheet from the Circuit Court of Wetzel County, West Virginia.

28.     A Notice of Filing of Notice of Removal will be filed this day with the Circuit Clerk of Wetzel County, West Virginia and served on the Plaintiff.

WHEREFORE, the Defendants, by counsel, respectfully advise that this civil action has been removed from the Circuit Court of Wetzel County, West Virginia, to the United States Bankruptcy Court for the Northern District of West Virginia, and that this Court shall assume jurisdiction over this action.

                                        **COLUMBIA GAS TRANSMISSION, LLC,**

                                        **By Counsel**

                                        /s/      John J. Meadows
                                        John J. Meadows (WV State Bar ID No. 9442)
                                        Devon J. Stewart (WV State Bar ID No. 11712)
**STEPTOE & JOHNSON PLLC**              Chase Tower, Seventeenth Floor
    **Of Counsel**                      707 Virginia Street, East
                                        Post Office Box 1588
                                        Charleston, WV  25326-1588
                                        Telephone:  (304) 353-8154
                                        Facsimile:   (304) 353-8180

John.Meadows@steptoe-johnson.com
Devon.Stewart@steptoe-johnson.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **HERC SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 19-_____** |
| | ) | (Removal from Circuit Court of Wetzel |
| **COLUMBIA GAS TRANSMISSION,** | ) | County, Civil Action No. 19-C-12) |
| **LLC,** | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing *"Notice of Removal"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record, provided they are CM/ECF participants. In addition, I have further mailed complete copies of these filings to counsel below via First Class US Mail:

Anthony C. Sunseri, Esq.
BURNS WHITE LLC
The Maxwell Centre
32-20th Street, Suite 200
Wheeling, WV 26003
acsunseri@burnswhite.com

/s/ John J. Meadows

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Herc Services, LLC | DEFENDANTS<br>Columbia Gas Transmission, LLC |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Anthony C. Sunseri, Burns White LLC,<br>The Maxwell Center, 32-20th Street, Suite 200, Wheeling, WV 26003<br>(304) 233-9500 | ATTORNEYS (If Known)<br>John J. Meadows, Devon J. Stewart, Steptoe & Johnson PLLC<br>707 Virginia St E., 17th Floor, P.O. Box 1588,Charleston, WV 25326<br>(304) 353-8000 |
| PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor        ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor        ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Removal by Defendant Columbia Gas Transmission, LLC of state court action to enforce mechanic's lien
asserted by Plaintiff against Defendant that arises from an obligation owed by the Detbor Welded Construction,
L.P. to Plaintiff.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| **FRBP 7001(1) – Recovery of Money/Property**<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other | **FRBP 7001(6) – Dischargeability (continued)**<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation<br>    (other than domestic support)<br>☐ 65-Dischargeability - other |
| **FRBP 7001(2) – Validity, Priority or Extent of Lien**<br>☒ 21-Validity, priority or extent of lien or other interest in property | |
| **FRBP 7001(3) – Approval of Sale of Property**<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) | **FRBP 7001(7) – Injunctive Relief**<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other |
| **FRBP 7001(4) – Objection/Revocation of Discharge**<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | **FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest |
| **FRBP 7001(5) – Revocation of Confirmation**<br>☐ 51-Revocation of confirmation | **FRBP 7001(9) Declaratory Judgment**<br>☒ 91-Declaratory judgment |
| **FRBP 7001(6) – Dischargeability**<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,<br>    actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br>**(continued next column)** | **FRBP 7001(10) Determination of Removed Action**<br>☒ 01-Determination of removed claim or cause<br><br>**Other**<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*<br>☐ 02-Other (e.g. other actions that would have been brought in state court<br>    if unrelated to bankruptcy case) |

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $143,990.30 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR   Welded Construction, L.P. | BANKRUPTCY CASE NO.   18-12378 (KG) | |
| DISTRICT IN WHICH CASE IS PENDING   District of Delaware | DIVISION OFFICE | NAME OF JUDGE   Judge Kevin Gross |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE   April 10, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)   /s/ John J. Meadows | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

 (/DEFAULT.ASPX)

Civil
Case Information
Second Judicial Circuit of Wetzel County

---

19-C-12
Judge: JEFFREY D. CRAMER
HERC SERVICES, LLC VS. COLUMBIA GAS TRANSMISSION, LLC

---

**Plaintiff(s)**

        **Plaintiff Attorney(s)**

HERC SERVICES, LLC

           N/A

**Defendant(s)**

        **Defendant Attorney(s)**

COLUMBIA GAS
COLUMBIA GAS TRANSMISSION, LLC

           N/A

Date Filed: 02/22/2019
Case Type: MISCELLANEOUS CIVIL
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A

| Line | Date | Action / Result |
|------|------|-----------------|
| 0001 | 02/22/2019 | CCIS & COMPLAINT FOR ENFORCEMENT OF MECHANIC'S LIEN W/ |
| 0002 | | EXHIBTIS (A)-(B) FILED. |
| 0003 | | *TIME-STAMPED COPIES RETURNED TO BURNS WHITE LLC FOR SERVICE* |

---

These materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information contained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the Circuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

Software Computer Group | PO Box 27 | Fraziers Bottom WV 25082

IN THE CIRCUIT COURT OF WETZEL COUNTY, WEST VIRGINIA

HERC SERVICES, LLC

            Plaintiff,                                Civil Action No. 19-C-12

COLUMBIA GAS TRANSMISSION, LLC

            Defendant.

## COMPLAINT FOR ENFORCEMENT OF MECHANIC'S LIEN

        Plaintiff, Herc Services, LLC ("Plaintiff"), states the following for its complaint against the Defendant, Columbia Gas Transmission, LLC, on behalf of Columbia Gas Transmission, LLC, as follows:

### PARTIES

        1.      Herc Services, LLC is a Pennsylvania corporation with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106, which is in good standing under the laws of the State of West Virginia.

        2.      Columbia Gas Transmission, LLC is the owner, or reputed owner as its interests may appear, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by Columbia Gas Transmission, LLC, as referenced herein.

### JURISDICTION AND VENUE

        3.      This Court has jurisdiction and venue over the Defendant and the subject matter of this suit as:  (i) a substantial portion of the acts and/or omissions giving rise to this Complaint occurred in Wetzel County, West Virginia; and (ii) the real estate at issue is also located in Wetzel County, West Virginia.

## BACKGROUND FACTS

4.      Herc Services, LLC provided work materials, services and labor for quantity surveying and cost engineering, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by Columbia Gas Transmission, LLC, and situated at Station 0+00 in Marshall County, West Virginia to Station 996+36 in Wetzel County, West Virginia.

5.      The contract price and value of said work material is $340,117.17.

6.      Of said contract price, Herc Services, LLC has only been paid $196,126.87 by Defendant for services, materials, products and labor performed.

7.      At this time, there remains an outstanding amount of $143,990.30 owed by Defendant to Plaintiff.  See, Exhibit "A" attached hereto.

8.      On or about October 22, 2018, in accordance with West Virginia Code §§38-2-1, *et seq.*, Herc Services, LLC, caused to be recorded in the Clerk's office.  See, Exhibit "B" attached hereto.

9.      Plaintiff incorporates by reference each of the following paragraphs into each of the following causes of action as if the same were more fully set forth therein.

## CAUSES OF ACTION

*Count One – Enforcement of Mechanic's Lien*

10.     Pursuant to West Virginia Code §§38-2-1 through 4, any person supplying labor and/or materials to a contractor or owner, may obtain a lien upon land and improvements upon which such supplies were used to improve, including a leasehold interest, and said lien attaches and dates from the time the first such labor/materials are provided.

11.     Columbia Gas Transmission, LLC has failed to pay Herc Services, LLC the outstanding balance for labor, materials and services used and/or provided in construction and

improvements of the subject Real Estate as referenced herein, and for said Project as referenced herein.

12. As the owner and/or reputed owner of said interest, Defendant, Columbia Gas Transmission, LLC, has benefited from the labor/materials provided and is therefore indebted to Herc Services, LLC pursuant to the Mechanic's Lien in the sum of $143,990.30, plus interest, costs and attorney's fees, which continue to accrue.

13. The provisions of West Virginia Code §§38-2-34 require that enforcement of a mechanic's lien be effectuated by commencing a civil action within six months of filing a notice of mechanic's lien in the Clerk's office.

14. By filing the within Complaint, Herc Services, LLC is hereby timely enforcing its mechanic's lien in accordance with West Virginia Code §§38-2-34.

*Count Two – Unjust Enrichment/Quantum Meruit*

15. Alternatively, the Defendant was unjustly enriched by the value of the labor and materials Plaintiff provided for the subject project and the corresponding increase in value to the Real Estate and Plaintiff is entitled to recover $143,990.30, being the value of such labor and material provided, plus interest, costs and attorney's fees, which continue to accrue, under the contract for services as provided and rendered by the Plaintiff.

## RELIEF REQUESTED

The Plaintiff requests that the Court grant the following relief:

A. Judgment against the Defendant, jointly and severally, in favor of Plaintiff in the amount of $143,990.18 for the matters asserted in Counts One and Two herein;

B. Appointment of a commissioner to determine the validity and priority of all liens asserted against the Real Estate (upon proper notice to all affected parties) and authorization for

such commissioner to sell the property to satisfy the amounts owed to Plaintiff under the Mechanic's Lien;

      C.    Plaintiff be awarded pre-judgment interest and post-judgment interest on all amounts awarded against the Defendant;

      D.    Plaintiff be awarded its costs and attorney fees incurred in this action; and

      E.    Plaintiff be awarded such other and further relief as may be just and proper.

HERC SERVICES, LLC
By Counsel

Anthony V. Sunseri, Esquire (WV #9189)
BURNS WHITE LLC
The Maxwell Centre
32-20th Street, Suite 200
Wheeling, WV 26003
(304) 233-9500
(304) 233-1363 Fax
acsunseri@burnswhite.com



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**HERC**

Invoice for:

A. M. Westbrook, Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180708-MXP | **Invoice Amount:** 21887.65 |
| **Invoice Date:** Jul 8, 2018 | **Due Date:** Jul 8, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/02 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 88 mi | $83.60 |
| 07/02 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/02 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/03 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/04 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 34 mi | $32.30 |
| 07/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 180 mi | $171.00 |
| 07/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 07/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 74 mi | $70.30 |
| 07/06 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 46 mi | $43.70 |
| 07/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 210 mi | $199.50 |
| 07/07 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/08 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/08 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/08 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/08 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |

**EXHIBIT**

"A"



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 81 mi | $76.95 |
| 07/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 68 mi | $64.60 |
| 07/08 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 0 | $0.00 |

### This Invoice
| | |
|---|---|
| Subtotal: | $30,002.25 |
| Discounts Applied: | $8,114.60 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,887.65 |

### Retainer
| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History
| | |
|---|---|
| Past Due Amount: | $0.00 |
| Client Balance: | $21,887.65 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:

        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:

        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 8, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 8, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook, Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180715-MXP | **Invoice Amount:** 22073.85 |
| **Invoice Date:** Jul 15, 2018 | **Due Date:** Jul 15, 2018 |

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 07/09 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 07/09 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 126 mi | $119.70 |
| 07/10 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/10 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 07/10 | Board, Derik<br>$ 200 / additional hr | 100% | $0.00 | 10 | $0.00 |
| 07/11 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 114 mi | $108.30 |
| 07/11 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 67 mi | $63.65 |
| 07/12 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 102 mi | $96.90 |
| 07/12 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 07/13 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 180 mi | $171.00 |
| 07/13 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/13 | Board, Derik<br>$ 200 / additional hr | 100% | $0.00 | 10 | $0.00 |
| 07/14 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 |
| 07/14 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 32 mi | $30.40 |
| 07/15 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/15 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/15 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/15 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/15 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 0 | $0.00 |
| 07/15 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook, Welded Construction
AP@Welded.com

### This Invoice

| | |
|---|---|
| Subtotal: | $32,188.45 |
| Discounts Applied: | $10,114.60 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $22,073.85 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $21,887.65 |
| Client Balance: | $43,961.50 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 15, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 15, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180722-MXP
Invoice Date: Jul 22, 2018

Purchase Order: 87935
Invoice Amount: $23,669.87
Due Date: Jul 22, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 07/16 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/16 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 85 mi | $80.75 |
| 07/16 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/17 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 183 mi | $173.85 |
| 07/17 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 96 mi | $91.20 |
| 07/17 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2.5 | $0.00 |
| 07/18 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 07/18 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 07/18 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2.5 | $0.00 |
| 07/19 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 141 mi | $133.95 |
| 07/19 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 07/19 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 4 | $0.00 |
| 07/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/20 | Sargent, William<br>Mileage @ $ 0.95/mi<br>Remained in trailer to<br>complete variance<br>analysis. | 0% | $0.95 | 0 mi | $0.00 |
| 07/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 07/21 | Sargent, William<br>Mileage @ $ 0.95/mi<br>Off site | 0% | $0.95 | 0 mi | $0.00 |
| 07/21 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/22 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|------|-------------|----------|------|----------|----------|
| 07/22 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/22 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/22 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/22 | Board, Derik<br>$12,000 (6x10s Rate)<br>Saturday Only (1/6 of<br>discounted rate.) | 28% | $8,600.40 | 0.17 | $1,462.07 |
| 07/22 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |

## This Invoice

| | |
|---|---|
| Subtotal: | $33,112.40 |
| Discounts Applied: | $9,442.53 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $23,669.87 |

## Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

## Project History

| | |
|---|---|
| Past Due Amount: | $43,961.50 |
| Client Balance: | $67,631.37 |



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
> PNC Bank, NA
> Routing Number:
> Account Number:

Payments sent via check should be mailed to:
> Herc Services, LLC
> Attn: Accounts Receivable
> 41 Edgecliff Road
> Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 22, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 22, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180729-MXP
Invoice Date: Jul 29, 2018

Purchase Order: 87935
Invoice Amount: $18,599.20
Due Date: Jul 29, 2018

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/23 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/23 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/24 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 183 mi | $173.85 |
| 07/24 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 78 mi | $74.10 |
| 07/25 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 07/25 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 07/26 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/26 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 141 mi | $133.95 |
| 07/26 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 76 mi | $72.20 |
| 07/27 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/27 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 07/28 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 07/28 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 82 mi | $77.90 |
| 07/29 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/29 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/29 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/29 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/29 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 0 | $0.00 |
| 07/29 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

### This Invoice

| | |
|---|---|
| Subtotal: | $25,398.40 |
| Discounts Applied: | $6,799.20 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $18,599.20 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $67,631.37 |
| Client Balance: | $86,230.57 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 29, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 29, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180805-MXP | **Invoice Amount:** $33,639.73 |
| **Invoice Date:** Aug 5, 2018 | **Due Date:** Aug 5, 2018 |

| Fees for Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 07/08 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/08 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180708-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |
| 07/15 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/15 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180715-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |
| 07/22 | Board, Derik (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 0.17 | $1,678.92 |
| 07/22 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/22 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180722-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |
| 07/22 | Board, Derik (Credit) $12,000 (6x10s Rate) Invoice 180722-MXP Incorrect discount applied | 0% | $8,600.40 | -0.17 | -$1,462.07 |
| 07/29 | Board, Derik (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/29 | Board, Derik (Credit) $12,000 (6x10s Rate) Invoice 180729-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|------|-------------|----------|------|----------|----------|
| 07/29 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/29 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180729-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |
| 07/30 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 81.5 mi | $77.43 |
| 07/30 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 07/30 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 4 | $0.00 |
| 07/31 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 61 mi | $57.95 |
| 07/31 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/31 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 1.5 | $0.00 |
| 08/01 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 154 mi | $146.30 |
| 08/01 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 67 mi | $63.65 |
| 08/01 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 1.5 | $0.00 |
| 08/02 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 135 mi | $128.25 |
| 08/02 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 154 mi | $146.30 |
| 08/02 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/03 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/03 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 08/03 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/04 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/04 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 174 mi | $165.30 |
| 08/04 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/05 | MacKinnon, Ian | 18% | $9,876.00 | 1 | $9,876.00 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|-------|-------------|----------|------|----------|----------|
| | $12,000 (6x10s Rate) | | | | |
| 08/05 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 10 | $1,500.00 |
| 08/05 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 08/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 08/05 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $53,609.86 |
| Discounts Applied: | $19,970.08 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $33,639.78 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $86,230.57 |
| Client Balance: | $119,870.35 |



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
    PNC Bank, NA
    Routing Number:
    Account Number:

Payments sent via check should be mailed to:
    Herc Services, LLC
    Attn: Accounts Receivable
    41 Edgecliff Road
    Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 5, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 5, 2018.   A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00174-JPB   Document 1   Filed 05/14/19   Page 32 of 58   PageID #: 32



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180812-MXP | **Invoice Amount:** $23,912.80 |
| **Invoice Date:** Aug 12, 2018 | **Due Date:** Aug 12, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 08/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 08/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 115 mi | $109.25 |
| 08/06 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 150 mi | $142.50 |
| 08/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 177 mi | $168.15 |
| 08/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 08/09 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 282 mi | $267.90 |
| 08/09 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 119 mi | $113.05 |
| 08/10 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 264 mi | $250.80 |
| 08/10 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 08/11 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 256 mi | $243.20 |
| 08/11 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 08/12 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/12 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $29,251.80 |
| Discounts Applied: | $5,339.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $23,912.80 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $119,870.35 |
| Client Balance: | $143,783.15 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 12, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 12, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP%Welded.com

Project Name: MXP-1
Invoice Number: 180819-MXP
Invoice Date: Aug 19, 2018

Purchase Order: 87935
Invoice Amount: $24,889.37
Due Date: Aug 19, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 08/13 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 238 mi | $226.10 |
| 08/13 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 08/14 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 166 mi | $157.70 |
| 08/14 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 65 mi | $61.75 |
| 08/15 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 139 mi | $132.05 |
| 08/15 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 46 mi | $43.70 |
| 08/16 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 158 mi | $150.10 |
| 08/16 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 120 mi | $114.00 |
| 08/17 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 |
| 08/17 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 77 mi | $73.15 |
| 08/17 | Invoice 180807-MXP Interest Late Payment | 0% | $729.59 | | $729.59 |
| 08/17 | Invoice 180814-MXP Interest Late Payment | 0% | $607.03 | | $607.03 |
| 08/17 | Invoice 180821-MXP Interest Late Payment | 0% | $0.00 | | $0.00 |
| 08/18 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 168 mi | $159.60 |
| 08/18 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 78 mi | $74.10 |
| 08/19 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/19 | Sargent, William $15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
APs Welded.com

## This Invoice

| | |
|---|---|
| Subtotal: | $29,728.37 |
| Discounts Applied: | $4,839.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $24,889.37 |

## Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

## Project History

| | |
|---|---|
| Past Due Amount: | $76,151.78 |
| Client Balance: | $101,041.15 |



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 19, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 19, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180826-MXP | **Invoice Amount:** $15,693.35 |
| **Invoice Date:** Aug 26, 2018 | **Due Date:** Aug 26, 2018 |

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Discount** | **Rate** | **Quantity** | **Subtotal** |
| 08/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 170 mi | $161.50 |
| 08/20 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 97 mi | $92.15 |
| 08/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 08/21 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 08/22 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 161 mi | $152.95 |
| 08/22 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 08/22 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/23 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 08/23 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 08/24 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 197 mi | $187.15 |
| 08/24 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 08/24 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/25 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 205 mi | $194.75 |
| 08/25 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/25 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/26 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/26 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 08/26 | Client Credit<br>WCLP PO 69914<br>Invoice 180826-LXP | 0% | $6,122.85 | -1 | -$6,122.85 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

<table>
<tr><td colspan="2" align="center">**This Invoice**</td><td colspan="2" align="center">**Retainer**</td></tr>
<tr><td>Subtotal:</td><td>$20,567.35</td><td>Remaining Amount:</td><td>$0.00</td></tr>
<tr><td>Discounts Applied:</td><td>$4,874.00</td><td></td><td></td></tr>
<tr><td>Less Remaining Retainer:</td><td>$0.00</td><td colspan="2" align="center">**Project History**</td></tr>
<tr><td>Total Amount Due:</td><td>$15,693.35</td><td>Past Due Amount:</td><td>$88,564.80</td></tr>
<tr><td></td><td></td><td>Client Balance:</td><td>$104,258.15</td></tr>
</table>



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
  PNC Bank, NA
  Routing Number:
  Account Number:

Payments sent via check should be mailed to:
  Herc Services, LLC
  Attn: Accounts Receivable
  41 Edgecliff Road
  Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 26, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 26, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

**Project Name:** MXP-1
**Invoice Number:** 180902-MXP
**Invoice Date:** Sep 2, 2018

**Purchase Order:** 87935
**Invoice Amount:** $11,761.00
**Due Date:** Sep 2, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Discount** | **Rate** | **Quantity** | **Subtotal** |
| 08/27 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 71 mi | $67.45 |
| 08/27 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 197 mi | $187.15 |
| 08/28 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 117 mi | $111.15 |
| 08/28 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 161 mi | $152.95 |
| 08/28 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 3 | $630.00 |
| 08/28 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 1 | $150.00 |
| 08/29 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 99 mi | $94.05 |
| 08/29 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 152 mi | $144.40 |
| 08/29 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 2 | $420.00 |
| 08/30 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 80 mi | $76.00 |
| 08/30 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 173 mi | $164.35 |
| 08/31 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 |
| 08/31 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 145 mi | $137.75 |
| 09/01 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 |
| 09/02 | Client Credit<br>WCLP PO 69914<br>Invoice 180902-LXP | 0% | -$11,150.70 | | -$11,150.70 |
| 09/02 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 09/02 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 09/02 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |



**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**

A. M. Westbrook
Welded Construction
AP@Welded.com

| This Invoice | | Retainer | |
|---|---|---|---|
| Subtotal: | $16,135.00 | Remaining Amount: | $0.00 |
| Discounts Applied: | $4,374.00 | | |
| Less Remaining Retainer: | $0.00 | **Project History** | |
| Total Amount Due: | $11,761.00 | Past Due Amount: | $40,582.72 |
| | | Client Balance: | $52,343.72 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
    PNC Bank, NA
    Routing Number:
    Account Number:

Payments sent via check should be mailed to:
    Herc Services, LLC
    Attn: Accounts Receivable
    41 Edgecliff Road
    Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 2, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 2, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-4
Invoice Number: 180909-MXP
Invoice Date: Sep 9, 2018

Purchase Order: 87935
Invoice Amount: $20,469.60
Due Date: Sep 9, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 09/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/04 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 83 mi | $78.85 |
| 09/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 188 mi | $178.60 |
| 09/05 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 2 | $420.00 |
| 09/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 |
| 09/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 55 mi | $52.25 |
| 09/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 09/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 09/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 191 mi | $181.45 |
| 09/09 | MacKinnon, Ian<br>$10,500 (5x10s Rate) | 18% | $8,600.55 | 1 | $8,600.55 |
| 09/09 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |

### This Invoice
| | |
|---|---|
| Subtotal: | $24,449.05 |
| Discounts Applied: | $3,979.45 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $20,469.60 |

### Retainer
| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History
| | |
|---|---|
| Past Due Amount: | $52,343.72 |
| Client Balance: | $72,813.32 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 9, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 9, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

**Project Name:** MXP-1
**Invoice Number:** 180916-MXP
**Invoice Date:** Sep 16, 2018

**Purchase Order:** 87935
**Invoice Amount:** $21,360.20
**Due Date:** Sep 16, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 09/10 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 164 mi | $155.80 |
| 09/11 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 |
| 09/12 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 09/13 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 101 mi | $95.95 |
| 09/13 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 133 mi | $126.35 |
| 09/14 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 83 mi | $78.85 |
| 09/14 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 09/15 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 153 mi | $145.35 |
| 09/16 | Sargent, William $12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 09/16 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

**This Invoice**
Subtotal: $25,484.20
Discounts Applied: $4,124.00
Less Remaining Retainer: $0.00
Total Amount Due: $21,360.20

**Retainer**
Remaining Amount: $0.00

**Project History**
Past Due Amount: $20,469.60
Client Balance: $41,829.80

**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
      PNC Bank, NA
      Routing Number:
      Account Number:

Payments sent via check should be mailed to:
      Herc Services, LLC
      Attn: Accounts Receivable
      41 Edgecliff Road
      Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 16, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 16, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180923-MXP
Invoice Date: Sep 23, 2018

Purchase Order: 87935
Invoice Amount: $17,251.30
Due Date: Sep 23, 2018

| Fees for Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 09/17 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 100 mi | $95.00 |
| 09/18 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 130 mi | $123.50 |
| 09/19 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/19 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 170 mi | $161.50 |
| 09/19 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 1 | $150.00 |
| 09/20 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 |
| 09/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 158 mi | $150.10 |
| 09/20 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/21 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 81 mi | $76.95 |
| 09/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 09/21 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/22 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 09/23 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

**This Invoice**

| | |
|---|---|
| Subtotal: | $20,625.30 |
| Discounts Applied: | $3,374.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $17,251.30 |

**Retainer**

| | |
|---|---|
| Remaining Amount: | $0.00 |

**Project History**

| | |
|---|---|
| Past Due Amount: | $41,829.80 |
| Client Balance: | $59,081.10 |



**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 23, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 23, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

**HERC**

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180930-MXP | **Invoice Amount:** $21,464.70 |
| **Invoice Date:** Sep 30, 2018 | **Due Date:** Sep 30, 2018 |

### Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 09/24 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 130 mi | $123.50 |
| 09/24 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 84 mi | $79.80 |
| 09/25 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 35 mi | $33.25 |
| 09/26 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 09/27 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 119 mi | $113.05 |
| 09/27 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 94 mi | $89.30 |
| 09/28 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 146 mi | $138.70 |
| 09/28 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 09/29 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 |
| 09/30 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 09/30 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 09/30 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 137 mi | $130.15 |

| This Invoice | | Retainer | |
|---|---|---|---|
| Subtotal: | $25,588.70 | Remaining Amount: | $0.00 |
| Discounts Applied: | $4,124.00 | | |
| Less Remaining Retainer: | $0.00 | **Project History** | |
| Total Amount Due: | $21,464.70 | Past Due Amount: | $59,081.10 |
| | | Client Balance: | $80,545.80 |

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 30, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 30, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 181007-MXP | **Invoice Amount:** $20,040.10 |
| **Invoice Date:** Oct 7, 2018 | **Due Date:** Oct 7, 2018 |

| Fees for Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 10/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 |
| 10/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 152 mi | $144.40 |
| 10/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 106 mi | $100.70 |
| 10/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 95 mi | $90.25 |
| 10/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 155 mi | $147.25 |
| 10/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 121 mi | $114.95 |
| 10/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 145 mi | $137.75 |
| 10/07 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 10/07 | MacKinnon, Ian<br>$10,500 (5x10s Rate) | 18% | $8,600.55 | 1 | $8,600.55 |

| This Invoice | | Retainer | |
|---|---|---|---|
| Subtotal: | $23,939.55 | Remaining Amount: | $0.00 |
| Discounts Applied: | $3,899.45 | | |
| Less Remaining Retainer: | $0.00 | **Project History** | |
| Total Amount Due: | $20,040.10 | Past Due Amount: | $80,545.80 |
| | | Client Balance: | $100,585.90 |

Page 1 of 2

**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Oct 7, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Oct 7, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 181014-MXP | **Invoice Amount:** $21,611.95 |
| **Invoice Date:** Oct 14, 2018 | **Due Date:** Oct 14, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|------|-------------|----------|------|----------|----------|
| 10/08 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 92 mi | $87.40 |
| 10/08 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/09 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 121 mi | $114.95 |
| 10/09 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 135 mi | $128.25 |
| 10/10 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 63 mi | $59.85 |
| 10/10 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 144 mi | $136.80 |
| 10/11 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 101 mi | $95.95 |
| 10/11 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 139 mi | $132.05 |
| 10/12 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 64 mi | $60.80 |
| 10/12 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 143 mi | $135.85 |
| 10/13 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 10/14 | Sargent, William $12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/14 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

| This Invoice | | Retainer | |
|---|---|---|---|
| Subtotal: | $25,735.95 | Remaining Amount: | $0.00 |
| Discounts Applied: | $4,124.00 | | |
| Less Remaining Retainer: | $0.00 | **Project History** | |
| Total Amount Due: | $21,611.95 | Past Due Amount: | $100,585.90 |
| | | Client Balance: | $122,197.85 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
PNC Bank, NA
Routing Number:
Account Number:

Payments sent via check should be mailed to:
Herc Services, LLC
Attn: Accounts Receivable
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Oct 14, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Oct 14, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 181021-MXP
Invoice Date: Oct 21, 2018

Purchase Order: 87935
Invoice Amount: $21,792.45
Due Date: Oct 21, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 10/15 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 63 mi | $59.85 |
| 10/15 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 153 mi | $145.35 |
| 10/16 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 96 mi | $91.20 |
| 10/16 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 10/17 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 10/17 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 10/18 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 93 mi | $88.35 |
| 10/18 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 155 mi | $147.25 |
| 10/19 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 89 mi | $84.55 |
| 10/19 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 157 mi | $149.15 |
| 10/20 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 10/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/21 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/21 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $25,916.45 |
| Discounts Applied: | $4,124.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,792.45 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $122,197.85 |
| Client Balance: | $143,990.30 |



**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
    PNC Bank, NA
    Routing Number:
    Account Number:

Payments sent via check should be mailed to:
    Herc Services, LLC
    Attn: Accounts Receivable
    41 Edgecliff Road
    Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Oct 21, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Oct 21, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

ANTHONY C SUNSERI ESQ – BURNS WHIE LLC
THE MAXWELL CENTRE
32 20TH STREET
WHEELING WV 26003



Prepared by, recorded at the request of,
and returned to:
**Anthony C. Sunseri, Esquire**
**Burns White, LLC**
**The Maxwell Centre**
**32 20th Street**
**Wheeling, West Virginia 26003**

## <u>NOTICE OF MECHANIC'S LIEN</u>

TO:     Columbia Gas Transmission, LLC, owner or reputed owner as its interests may appear.

You will please take notice that the undersigned, Herc Services, LLC, with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106, was and is subcontractor with Welded Construction, L.P., who was and is general contractor for the furnishing of materials and doing of the work and labor necessary for quantity surveying and cost engineering, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by you and situate from Station 0+00 in in Marshall County, West Virginia to Station 996+36 in Wetzel County, West Virginia and that the contract price and value of said work and material is $ 340,117.17. You are further notified that the undersigned has been paid only $ 196,126.87 thereof and that it claims and will claim a lien, in the amount of $ 143,990.30, upon your interest in the said tract of land and upon the buildings, structures and improvements thereon to secure the payment of said sum.

Given under my hand this 22 day of October, 2018.

Claimant,

HERC SERVICES, LLC

By: _____

Amanda H. Sargent, Esquire
President



**EXHIBIT**

"B"

**COMMONWEALTH OF PENNSYLVANIA**  )
)  SS:
**COUNTY OF ALLEGHENY**  )

Amanda Sargent, being first duly sworn, upon her oath says that the statements contained in the foregoing notice of mechanic's lien are true, as she verily believes.

Taken, subscribed and sworn to before me this _22_ day of _October_ , _2018_ .

By: _Donna L. Williams_
Notary Public

My commission expires: _5/20/22_

Commonwealth of Pennsylvania - Notary Seal
Donna L. Williams, Notary Public
Allegheny County
My commission expires May 20, 2022
Commission number 1179245
Member, Pennsylvania Association of Notaries

## STATE OF WEST VIRGINA, WETZEL COUNTY, SCT.:

I, Carol Haught, Clerk of the County Commission of said Country, do hearby certify that the annexed writing, bearing date _____ day of _____, _____, was presented for and by me, admitted to record in my office upon the above certification as to the parties therein named this _____ day of _____, _____ at _____ o'clock _____.

TESTE: _____ Clerk

Wetzel County
Carol A Haught, Clerk
Instrument 202857
10/22/2018 @ 03:11:54 PM
MECHANIC LIEN
Book 6 @ Page 182
Pages Recorded 2
Recording Cost 8